IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DINA BESIC, on behalf of herself and all others similarly situated,<br><br>      **Plaintiff,**<br><br> -against-<br><br>**BYLINE BANK, INC., and BYLINE BANCORP, INC.,**<br><br>      **Defendants.** | No. 15 Civ. 8003<br><br>Judge Sidney I. Schenkier |

## ORDER APPROVING ATTORNEYS' FEES AND COSTS

On October 26, 2015, the Court entered an Order (ECF No. 29) granting Plaintiff's Motion for Approval of Settlement, Service Award, and Attorneys' Fees and Costs ("Approval Motion") in part. The Order approved the settlement as fair and reasonable and allowed the parties to send notice of the settlement and Settlement Checks to Eligible Settlement Class Members. The Order reserved a determination as to the amount of attorneys' fees and costs to be awarded to Plaintiff's Counsel, Outten & Golden LLP ("O&G") and Shavitz Law Group, P.A. ("SLG").

Having reviewed the Approval Motion and Plaintiff's Supplemental Memorandum of Law in Support of Plaintiff's Motion for Approval of Settlement, Service Award, and Attorneys' Fees and Costs, and supporting papers, the Court now holds as follows:

1. The Court grants Plaintiff's request for one-third of the settlement, after the costs of the Settlement Administrator have been subtracted ($210,833.33), as attorneys' fees.

2. The Court grants Plaintiff's request for reimbursement of $8,402.61 in actual out-of-pocket expenses incurred in prosecuting this case, including costs for case-related travel,

electronic research, court fees, court reporters, postage and courier fees, working meals, photocopies, telephone calls, travel, and Plaintiffs' portion of the mediator's fees, is granted. The Court finds these costs to be reasonably incurred.

It is so ORDERED this 22nd day of April, 2016

Honorable Sidney I. Schenkier
United States Magistrate Judge